BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHRYN R. WATSON
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8928
    Facsimile: (415) 744-0134
    E-Mail: Kathryn.Watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| APRIL REDING,<br><br>            Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>            Defendant. | Case No. 2:09-cv-03078-GGH<br><br>STIPULATION AND ORDER TO EXTEND |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that Defendant's time to respond to Plaintiff's brief in this case is hereby extended four days from Monday, September 27, 2010 to Friday October 1, 2010. This is Defendant's second extension and is required due to Defendant's counsel having been under the weather. She apologizes to the Court and Plaintiff for the delay.

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| Dated: September 27, 2010 | | */s/ Jesse Kaplan* |
| | | JESSE KAPLAN |
| | | (as authorized by e-mail) |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |
| | | |
| Dated: September 27, 2010 | | BENJAMIN B. WAGNER |
| | | United States Attorney |
| | | LUCILLE GONZALES MEIS |
| | | Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| | | |
| | | /s/ *Kathryn R. Watson* |
| | | KATHRYN R. WATSON |
| | | Special Assistant United States Attorney |
| | | |
| | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: September 28, 2010        /s/ Gregory G. Hollows
                                 _____
                                 GREGORY G. HOLLOWS
                                 U.S. MAGISTRATE JUDGE

reding.eot2